**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Randall J. BEMIS, Defendant–Appellant.**

**No. 05–35199.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Stephen Gunnels, AUSA, Eugene, OR, for Plaintiff–Appellee.

Randall J. Bemis, Sheridan, OR, pro se.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

We have reviewed the opening brief. This appeal is appropriate for summary disposition under Ninth Circuit Rule 3–6 because appellant challenges his sentence based on *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), but *Booker* does not apply to cases on collateral review. *United States v. Cruz*, 423 F.3d 1119, 1120–21 (9th Cir.2005) (per curiam).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

